UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN L. DEBBS,

        Plaintiff,

   v.

STATE OF CALIFORNIA, et al.,

        Defendants.

NO. CIV. S-12-2963 LKK/GGH

O R D E R

Pending before the court is Plaintiff John Debbs's motion to vacate this court's April 25, 1995 order declaring Plaintiff a vexatious litigant. Pl's Mot., ECF No. 5; see also Order, ECF No. 6.

In declaring Plaintiff a vexatious litigant, this court provided, in part:

> Plaintiffs John R. and Patsy L. Debbs have filed numerous actions in pro per against the California WCAB, its Commissioners and Referees, the California Judiciary and Legislature, and judges of this court. Claims arising from and related to plaintiff's 1986 workers' compensation claim, ensuing state competency proceedings and

1

> appointment of a guardian ad litem, and subsequent adjudication of plaintiffs' grievances, have repeatedly been dismissed as frivolous. The court now holds that such complaints also constitute an impermissible attempt to relitigate the validity of the court's final determinations in prior cases.

Order, ECF No. 6, at 3.

Plaintiff John Debbs currently seeks vacatur of the prior order so that he may once again challenge the events "prior to and up through [the] September 21, 1988 WCAB hearing," which he asserts violated his "substantive and procedural constitutional and employment rights." Pl's Mot., ECF No. 5, at 1.

For the reasons provided in the court's 1995 order declaring Plaintiff a vexatious litigant, this court DENIES Plaintiff's motion.

IT IS SO ORDERED.

DATED: May 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT